Jack JOHNSON, Petitioner–Appellant,

v.

Carolyn CROSS, Warden, Respondent–Appellee.

No. 00–7077.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.

Jack Johnson, pro se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, VA, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jack Johnson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Johnson v. Cross,* No. CA–99–1253–AM (E.D.Va. July 12, 2000). We deny the motion for subpoena and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*